Kathryn Lee Boyd (SBN 189496)
lboyd@hechtpartners.com
HECHT PARTNERS LLP
2121 Avenue of the Stars, Suite 800
Century City, CA 90067
Phone: (646) 502-9515

Maxim Price (*pro hac vice* forthcoming)
mprice@hechtpartners.com
Tanner Murphy (*pro hac vice* forthcoming)
tmurphy@hechtpartners.com
HECHT PARTNERS LLP
125 Park Avenue, 25th Floor
New York, New York 10017

*Attorneys for Friday Labs, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPORT SQUAD, INC. D/B/A JOOLA,<br><br>    Plaintiff,<br><br>    v.<br><br>FRIDAY LABS LLC,<br><br>    Defendant. | Case No.: 4:26-cv-03069-AMO<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER STAYING CASE PURSUANT TO 28 U.S.C. § 1659** |

## JOINT STIPULATION TO STAY THE CASE
## PURSUANT TO 28 U.S.C. § 1659

Pursuant to Local Rule 7-12, the parties hereby file this stipulation to stay the above-captioned case until the date that the ITC's determination related to *In the Matter of Certain Pickleball Paddles*, No. 337-TA-1503, becomes final.

Under 28 U.S.C. § 1659, when the same parties are involved in both a civil action and a proceeding before the ITC under Section 337 of the Tariff Act, the district court must stay the civil action with respect to any claim that involves the same issues involved in the ITC proceeding, so long as the request to stay is made within 30 days after the party is named as a respondent in the proceeding before the ITC.

Both this action and the ITC matter involve the same patent and the same allegedly infringing products. Friday Labs, LLC was named as a respondent in the ITC matter on June 4, 2026, less than thirty days from the date of this filing.

The parties additionally agree that, in the event the stay is lifted, JOOLA shall have 30 days to respond to the Motion to Dismiss filed by Friday Labs (Dkt. 17) and that this stipulation shall not constitute, and shall not be construed as, a waiver of any objections or arguments available to either party, including any challenge to personal jurisdiction, subject matter jurisdiction, venue, or the sufficiency of the Complaint. JOOLA expressly reserves all such rights, objections, and arguments, and may assert them following the lifting of the stay.

A proposed form of order is submitted herewith.

Dated: June 26, 2026                    HECHT PARTNERS LLP


                                        By:    /s/ *Kathryn Lee Boyd*
                                            Kathryn Lee Boyd

Kathryn Lee Boyd (SBN 189496)
lboyd@hechtpartners.com
HECHT PARTNERS LLP
2121 Avenue of the Stars, Suite 800
Century City, CA 90067
Phone: (646) 502-9515

Maxim Price (*pro hac vice* forthcoming)
mprice@hechtpartners.com
Tanner Murphy (*pro hac vice* forthcoming)
tmurphy@hechtpartners.com
HECHT PARTNERS LLP
125 Park Avenue, 25th Floor
New York, New York 10017

*Attorneys for Defendant Friday Labs, LLC*

K&L GATES LLP

Dated: June 26, 2026

By:   /s/ *Christina N. Goodrich*
Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Rachel Berman (SBN 352237)
rachel.berman@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard, 8th Floor
Los Angeles, California 90067
Telephone: (310) 552-5000
Fax: (310) 552-5001

Nicholas F. Lenning (*pro hac vice forthcoming*)
nicholas.lenning@klgates.com
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104
Telephone: (206) 623-7580

Jason A. Engel (*pro hac vice forthcoming*)
jason.engel@klgates.com
Austin C. Holler (*pro hac vice forthcoming*)
austin.holler@klgates.com
Kahlan E. Noel (*pro hac vice forthcoming*)
kahlan.noel@klgates.com
K&L Gates LLP
70 W. Madison Street, Suite 3300
Chicago, Illinois 60602
Telephone: (312) 372-1121

*Attorneys for Plaintiff Sport Squad, Inc.*
*D/B/A JOOLA*

### ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1

Counsel for Defendant hereby attests by her signature below that concurrence in the filing

of this document was obtained from counsel for Plaintiff Friday Sport Squad, Inc. d/b/a Joola.

*/s/ Kathryn Lee Boyd*

Kathryn Lee Boyd

**PURSUANT TO THE STIPULATION, the Court STAYS the case.  In light of the stay, the Court TERMINATES the motion to dismiss, Dkt. No. 17, subject to resubmission following the lifting of the stay.**

**IT IS SO ORDERED.**

Dated: June 29, 2026

_____
Hon. Araceli Martínez-Olguín
United States District Judge